1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  SHAWN MICHAEL RODRIGUEZ,              1:06-cv-00663-OWW-SMS-P

12              Plaintiff,               **ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS** (Doc. 11)
13  vs.
                                         **ORDER DISMISSING COMPLAINT/**
14  STONE,                               **ACTION**

15              Defendant.
                                    /
16

17      Plaintiff, Shawn Michael Rodriguez ("plaintiff"), a state

18  prisoner proceeding pro se and in forma pauperis, has filed this

19  civil rights action seeking relief under 42 U.S.C. § 1983.  The

20  matter was referred to a United States Magistrate Judge pursuant

21  to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22      On January 31, 2008, the Magistrate Judge filed Findings and

23  Recommendations herein which were served on plaintiff and which

24  contained notice to plaintiff that any objections to the Findings

25  and Recommendations were to be filed within twenty (20) days.  To

26  date, plaintiff has not filed objections to the Magistrate

27  Judge's Findings and Recommendations.

28  //

1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.  The Findings and Recommendations, filed January 31,

8  2008, are ADOPTED IN FULL; and,

9    2.  The complaint, and therefore this action, is DISMISSED

10 based on plaintiff's failure to obey the court's order of

11 December 6, 2007, and pursuant to Local Rule 11-110.

12 IT IS SO ORDERED.

13 **Dated:   March 7, 2008**                    **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2